U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 9 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IVORY LANE SIMON<br>DOC # 505008 | * | CIVIL ACTION NO. 2:15-CV-1800 |
| | * | |
| | * | |
| v. | * | JUDGE UNASSIGNED |
| | * | |
| JAMES M. LeBLANC ET AL. | * | |
| | * | MAGISTRATE JUDGE KAY |
| | * | |
| | * | |

*************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 36) of the Magistrate Judge previously filed herein, after an independent review of the record; a review of the objection (Rec. Doc. 37), filed by the plaintiff; a *de novo* determination of the issues; and determining that the findings are correct under applicable law, the court adopts the Report and Recommendation, except with respect to defendants Jane Doe, John Doe, and XYZ Insurance Co., as the plaintiff's claims against these defendants have already been dismissed. *See* Rec. Doc. 35. Accordingly,

**IT IS ORDERED** that the motion for summary judgment (Rec. Doc. 28) is **GRANTED** and all claims against defendants James M. LeBlanc, Keith Cooley, and Mark Estes are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the request for costs is **DENIED.**

Alexandria, Louisiana, this _19_ day of September, 2017.


DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1